NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1041


TECHNICAL FURNITURE GROUP, LLC
and THOMAS WHITE,

Plaintiffs-Appellants,

v.

CBT SUPPLY, INC., JEFFREY KORBER,
and JAMES B. BABCOCK,

Defendants-Appellees.


Scott A. Conwell, Conwell, LLC, of Crofton, Maryland, argued for plaintiffs-appellants.

Erin O. Millar, Whiteford, Taylor & Preston, LLP, of Baltimore, Maryland, argued for defendants-appellees.  With her on the brief was Steven E. Tiller.

Appealed from:  United States District Court for the District of Maryland

Senior Judge Marvin J. Garbis

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1041

TECHNICAL FURNITURE GROUP, LLC
and THOMAS WHITE,

Plaintiffs-Appellants,

v.

CBT SUPPLY, INC., JEFFREY KORBER,
and JAMES B. BABCOCK,

Defendants-Appellees.

# Judgment

ON APPEAL from the     United States District Court for the District of Maryland

in CASE NO(S).     06-CV-3424

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, <u>Chief Judge</u>, ARCHER and BRYSON, <u>Circuit Judges</u>).

AFFIRMED. <u>See</u> Fed.Cir.R.36.

ENTERED BY ORDER OF THE COURT

DATED <u>December 11, 2009</u>     <u>/s/ Jan Horbaly</u>
                    Jan Horbaly, Clerk